# EXHIBIT "A"

WRIT OF SUMMONS IN CIVIL ACTION
NOTICE OF SUIT TO SHERIFF OF ALLEGHENY CO
TO DEFENDANT(S): You are notified that the plaintiff(s) has/have commenced an action against you which you are required to Defend.

Michael McGeever, Director, Department of Court Records

Date 02/08/2022
Returnable 03/10/2022

## WRIT OF SUMMONS IN CIVIL ACTION

### IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

Plaintiff(s)

**Nelken, Andrea**

Case Number:
**GD-22-001542**

Type of pleading:
**Praecipe for Writ of Summons**

Filed on behalf of:
**Miller M. Christopher**

**Miller M. Christopher**
(Name of filing party)

Defendant(s)

**Whole Foods Market Group Inc.**
  **Whole Foods Market itdba**
**Whole Foods Market IP Inc.**
  **Whole Foods Market itdba**

[X] Counsel of Record

[ ] Individual, If Pro Se

Name, Address and Telephone Number:
Miller M. Christopher
**DELVECCHIO & MILLER LLC**
428 Boulevard of the Allies First Floor
Pittsburgh, PA, 15219
412 4341400
Attorney's State ID: **79533**



Michael McGeever, Director, Department of Court Records

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

| | |
|---|---|
| ANDREA NELKEN; | CIVIL DIVISION |
| Plaintiff, | No. GD-22- 1542 |
| v. | |
| WHOLE FOODS MARKET GROUP, INC., i/t/d/b/a WHOLE FOODS MARKET, and | **PRAECIPE FOR WRIT OF SUMMONS IN CIVIL ACTION** |
| WHOLE FOODS MARKET IP, INC., i/t/d/b/a WHOLE FOODS MARKET; | Filed on Behalf of: Plaintiff, Andrea Nelken |
| Defendants. | Counsel of Record for This Party: CHRISTOPHER M. MILLER, ESQUIRE PA I.D. #79533 Email Address: chris@dmlawpgh.com |
| | SHAWN D. KRESSLEY, ESQUIRE PA I.D.#309678 Email Address: shawn@dmlawpgh.com |
| | DELVECCHIO & MILLER, LLC 428 Boulevard of the Allies First Floor Pittsburgh, PA 15219 |
| **JURY TRIAL DEMANDED.** | (412) 434-1400 Telephone (412) 434-1441 Facsimile |

E-FILED
FEB - 8 2022

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

ANDREA NELKEN;                                CIVIL DIVISION

    Plaintiff,                                 No. GD-22-

  v.

WHOLE FOODS MARKET GROUP, INC.,
i/t/d/b/a WHOLE FOODS MARKET, and

WHOLE FOODS MARKET IP, INC., i/t/d/b/a
WHOLE FOODS MARKET;

    Defendants.

## PRAECIPE FOR WRIT OF SUMMONS IN CIVIL ACTION

AND NOW, comes the Plaintiff, Andrea Nelken, by and through her attorneys, DELVECCHIO & MILLER, LLC, CHRISTOPHER M. MILLER, ESQUIRE, and SHAWN D. KRESSLEY, ESQUIRE, and files and serves the within Praecipe for Writ of Summons in Civil Action, averring in support thereof as follows:

**To: Allegheny County Department of Court Records:**

Kindly issue a Writ of Summons in the above-captioned matter against the above-named Defendants for a premises liability incident that occurred on or about March 14, 2020.

Respectfully submitted,

DELVECCHIO & MILLER LLC

By: _____
Christopher M. Miller, Esquire
*Counsel for Plaintiff, Andrea Nelken*

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by: DelVecchio & Miller, LLC
Signature: *[signature]*
Name: Christopher M. Miller
Attorney No. (if applicable): 79533